UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH ANDERSON-BEY**, *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA**, *et al.* )<br>)<br>**Defendants.** )<br>) | Civil Action No. 00-2000 (RCL) |

### ORDER

Before the Court is defendants' Motion [77 & 80] to Dismiss or for Summary Judgment. Upon consideration of the Motion, plaintiffs' opposition, the reply thereto, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, the Motion is

DENIED as to Defendant District of Columbia. Having determined that plaintiffs have stated claims for the violation of their constitutional rights against the individual defendants, but not having had the benefit of briefing on the issue of qualified immunity, the Court hereby

ORDERS that plaintiffs shall either voluntarily dismiss the individual defendants, or shall file a memorandum of points and authorities within ten (10) days of this date explaining why the individual defendants are not entitled to qualified immunity.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, December 11, 2006.