UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH ANDERSON-BEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 00-cv-2000 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION**

Under Rule 41(a)(1)(ii), Fed. R. Civ. P., the parties stipulate to the dismissal with prejudice of all of plaintiffs' claims against any individual defendant, the parties to bear their own costs, leaving defendant District of Columbia as the only remaining defendant.

Respectfully submitted,

SAMUEL M. SHAPIRO, D.C. Bar# 176420
Law Offices of Samuel M. Shapiro, P.A.
200-A Monroe Street, Suite 233
Rockville, Maryland  20850
301/340-1333

DANIEL M. SCHEMBER, D.C. Bar #237180
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Ste. 225
Washington, D.C. 20009
202/328-2244

Counsel for Plaintiffs

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

2

_____
EDWARD P. TAPTICH, D.C. Bar #012914
Chief, Equity Section 2


_____
CARY D. POLLAK, D.C. Bar #055400
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, DC  20001
202/724-6604
202/ 727-0431 (fax)
cary.pollak@dc.gov

Counsel for Defendants